# Third District Court of Appeal
## State of Florida

Opinion filed April 20, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-1630
Lower Tribunal No. 20-0202-K

————————————

**Laura Gayle, etc.,**
Appellant,

vs.

**First Protective Insurance Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Janssen, Siracusa & Keegan PLLC, and John M. Siracusa, for appellant.

Briscoe Ortiz Zuluaga PLLC, and Bianca R. Zuluaga; Russo Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima, for appellee.

Before EMAS, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.